# Third District Court of Appeal

## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-541
Lower Tribunal No. F94-27882C
_____

**Darryl Jerome Cash,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Darryl Jerome Cash, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.